FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2018 DEC 21 PM 4: 02

CLERK
SO. DIST. OF GA.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

UNITED STATES OF AMERICA     )
     )
     )
     )
v.     )     1:18CR34
     )
JONATHAN AUSTIN     )

## ORDER

Based upon the application of the Government, and for good cause shown therein, it is hereby **ORDERED** that the Government's Motion for Reduction of Sentence be sealed until further Order of this Court, excepting only such disclosures as the government deems necessary to comply with its obligations under *Brady v. Maryland*, 373 U.S. 83 (1963).

SO ORDERED this 21ST day of December 2018.

HONORABLE J. RANDALL HALL
JUDGE, UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA